**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00252-CR**
_____

**KARIM ISAM ANABTAWI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 11-12608**

**MEMORANDUM OPINION**

Appellant Karim Isam Anabtawi filed a motion to dismiss his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally after counsel filed a brief which certifies that counsel could find no arguable error upon which to base an appeal. We therefore treat the motion to dismiss the appeal as agreed to by counsel. *See* Tex. R. App. P. 42.2. No opinion has issued in this appeal.

It is ORDERED that the motion to dismiss this appeal is GRANTED, and the appeal is therefore DISMISSED.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered November 28, 2012
Do Not Publish
Before McKeithen, C.J., Gaultney and Kreger, JJ.